UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMUDIN MOHAMMADI,<br><br>                                    Petitioner,<br><br>v.<br><br>CHRISTOPHER LAROSE; DANIEL A. BRIGHTMAN; TODD LYONS; KRISTI NOEM; PAMELA BONDI; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOM ENFORCEMENT,<br><br>                                    Respondents. | Case No.: 3:25-cv-3450-JES-BJW<br><br>**ORDER GRANTING IN PART AND DENYING IN PART AS MOOT PETITION FOR WRIT OF HABEAS CORPUS**<br><br>**[ECF NO. 1]** |

Before the Court is Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. On December 26, 2025, the Court issued an order granting the petition in part and ordering a bond hearing. ECF No. 7. On January 8, 2026, Respondents filed a Notice of Compliance, notifying the Court that Petitioner received a bond hearing, where he was ordered released on bond. ECF No. 10.

//

//

//

//

1

Accordingly, the Court now **DENIES AS MOOT** the remainder of the petition. The Clerk is directed to **CLOSE** this case.

**IT IS SO ORDERED.**

Dated: January 12, 2026

Honorable James E. Simmons Jr.
United States District Judge

3:25-cv-3450-JES-BJW